IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID FOREHAND,

   Petitioner,

      v.

                             CIVIL ACTION FILE
                             NO. 1:13-CV-1938-TWT

STATE OF GEORGIA,

   Respondent.

## ORDER

This is a pro se habeas corpus action.  It is before the Court on the Report and Recommendation [Doc.  6] of the Magistrate Judge recommending dismissing the action as untimely.   The Court approves and adopts the Report and Recommendation as the judgment of the Court.   This action is DISMISSED.   No Certificate of Appealability will be issued.

SO ORDERED, this 6 day of September, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge