IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID FOREHAND,

    Petitioner,

    v.

STATE OF GEORGIA,

    Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-1938-TWT

## ORDER

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

    SO ORDERED, this 6 day of September, 2013.

    /s/Thomas W. Thrash
    THOMAS W. THRASH, JR.
    United States District Judge

T:\ORDERS\13\Forehand\r&r.wpd